

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00395-CV

## IN THE INTEREST OF M.G. AND B.G., CHILDREN

_____

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 06-15791-CV

## MEMORANDUM OPINION

Kelly Goodwin appeals from the trial court's order holding her in contempt. We dismiss the appeal for want of jurisdiction.

An Agreed Order in Suit to Modify Parent-Child Relationship was entered on August 21, 2012 between Bryan and Kelly Goodwin. The order provided that Bryan would have the right to designate the primary residence of B.G. The order further provided that Kelly was to turn over some of B.G.'s personal items, and a list of the personal items was attached to the Agreed Order. Kelly did not turn over specific items pursuant to the order.

On August 29, 2012, Bryan filed a Petition for Enforcement, and a hearing was scheduled for September 14, 2012. Kelly did not appear at the hearing, and a capias was issued for her arrest. On September 21, 2012, the trial court held an enforcement hearing. The trial court found that Kelly violated provisions of the August 21 Agreed Order. The trial court issued an order holding Kelly in contempt and ordering her confined in the county jail for fourteen days. The trial court further ordered Kelly to pay attorney's fees, costs, and expenses incurred by Bryan.

Kelly argues that the trial court erred in holding her in contempt. A ruling on a motion for contempt is not appealable, but can only be challenged by an original proceeding. *See Norman v. Norman*, 692 S.W.2d 655, 655 (Tex.1985); *In re B.A.C.*, 144 S.W.3d 8, 11(Tex.App.-Waco 2004, no pet.). Therefore, we do not have jurisdiction to consider Kelly's complaint on appeal.

We dismiss the appeal for want of jurisdiction.


AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 23, 2014
[CV06]

